IN RE **Warner, Leslie David & Warner, Dominique Leigh**                                Case No. **12-34875**
                Debtor(s)                                                                                                                    (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)   $ **350.00**
    a. Are real estate taxes included?  Yes ____ No ✓
    b. Is property insurance included?  Yes ____ No ✓
2. Utilities:
    a. Electricity and heating fuel   $ **350.00**
    b. Water and sewer   $ _____
    c. Telephone   $ **100.00**
    d. Other **Cell Phone**   $ **200.00**
                **Garbage**   $ **25.00**
3. Home maintenance (repairs and upkeep)   $ **100.00**
4. Food   $ **567.97**
5. Clothing   $ **50.00**
6. Laundry and dry cleaning   $ **30.00**
7. Medical and dental expenses   $ **50.00**
8. Transportation (not including car payments)   $ **300.00**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.   $ **8.00**
10. Charitable contributions   $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's   $ **75.00**
    b. Life   $ **170.00**
    c. Health   $ _____
    d. Auto   $ _____
    e. Other _____   $ _____
            _____   $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____   $ _____
    _____   $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto   $ _____
    b. Other _____   $ _____
            _____   $ _____
14. Alimony, maintenance, and support paid to others   $ _____
15. Payments for support of additional dependents not living at your home   $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ **3,729.17**
17. Other **School Lunch/Activities**   $ **130.00**
       **Tuition/Books**   $ **150.00**
       _____   $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.   $ **6,385.14**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I   $ **7,060.14**
    b. Average monthly expenses from Line 18 above   $ **6,385.14**
    c. Monthly net income (a. minus b.)   $ **675.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                                                     **SIGNATURE DECLARATION**

Warner, Leslie David & Warner, Dominique Leigh           Case No. 12-34875
                        Debtor(s)

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe: )

    I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [Individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 12-11-12

X _____        X _____
Signature of Debtor or Authorized Representative      Signature of Joint Debtor

Warner, Leslie David                             Warner, Dominique Leigh
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor

**BK Attorney Services, LLC**

BK Attorney Services, LLC
6600 W. Deschutes Avenue, Bldg B
Kennewick, WA 99336

# CERTIFICATE OF SERVICE

DATE RECEIVED: Dec 11, 2012       TIME RECEIVED: 01:01PM       TOTAL SERVED: 24

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:    Leslie Warner                           CASE NO: 12-34875
          Dominique Warner

CERTIFICATE OF SERVICE

FIRM NAME             Heller & Thyen P.A.
ATTORNEY/TRUSTEE:     Amy E Sauter
ADDRESS               606 25th Avenue S Ste 110
                      St. Cloud, MN  56301
PHONE                 320 654-8000

On Wednesday, December 12, 2012, a copy of the following documents, described below,

**Amended Service Letter**
**Pre-Confirmation Notice and Mod Plan**
**Amended Schedule J**
**Sig Dec**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: December 12, 2012

/s/ Cody Rush
Cody Rush
BK Attorney Services, LLC for
Amy E Sauter
606 25th Avenue S Ste 110
St. Cloud, MN  56301
320 654-8000

*Certificate of Service*

Index

Case Number:     12-34875

ADV COL PRO
PO BOX 353
CAMBRIDGE, MN 55008-0353

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, Texas 76096

CACH, LLC
8 BOURBON ST
PEABODY, MA 01960-7481

CAP ONE
PO BOX 85520
RICHMOND, VA 23285-5520

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

CentraCare Clinic
1200 6th Avenue N
St. Cloud, MN 56303

Clearwater Finance
PO Box 279
Clearwater, MN 55320

FIRST NATIONAL BANK OF MILACA
PO BOX 38
MILACA, MN 56353-0038

FOLEY MEDICAL CENTER
471 MN HWY 23
FOLEY, MN 56329

GM FINANCIAL
PO BOX 181145
ARLINGTON, TX 76096-1145

GURSTEL CHARGO
6681 COUNTRY CLUB DR
GOLDEN VALLEY, MN 55427-4601

IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

LAW OFFICE OF JOE PEZZUTO
6636 CEDAR AVE S STE 150
MINNEAPOLIS, MN 55423-2710

MATHISON MOTORS INC
PO BOX 279
CLEARWATER MN 55320

MILLE LACS COUNTY TREASURER
635 2ND ST SE
MILACA, MN 56353-1305

Index

MN DEPARTMENT OF REVENUE
PO BOX 64649
SAINT PAUL, MN 55164-0649

SPRINT
PO BOX 4191
CAROL STREAM, IL 60197-4191

STATE OF MINNESOTA DEPART OF REVENUE
COLLECTION DIVISION BKY SECTION
PO BOX 64447
ST PAUL MN 55164 0447

Sunrise Ag
19291 285th Avenue
Pierz, MN 56364

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN  55415

Amy E. Sauter
Heller & Thyen, P.A.
606 25th Ave S Ste 110
St Cloud, MN  56301

Dominique Leigh Warner
15320 190th Street
Milaca, MN  56353

Kyle Carlson
PO Box 519
Barnesville, MN  56514

Leslie David Warner
15320 190th Street
Milaca, MN  56353